| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Alexander Carlson | Telephone: (518) 275-2759 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Candido ESTRADA-ESTRADA

Case No.

Case: 2:25-mj-30242
Assigned To : Unassigned
Assign. Date : 4/17/2025
Description: RE: CANDIDO ESTRADA-ESTRADA (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 14, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a), (b)(1) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 14, 2025, in the Eastern District of Michigan, Southern Division, Candido Estrada-Estrada, an alien from Mexico, who had previously been convicted of a felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about April 15, 2014 at or near Laredo, Texas, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(1).

☑ Continued on the attached sheet.

_Complainant's signature_

Alexander T. Carlson, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __April 17, 2025__

_Judge's signature_

City and state: __Detroit, MI__

David R. Grand, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Alexander Carlson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Candido ESTRADA-ESTRADA, a native and citizen of Mexico. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for ESTRADA-ESTRADA, for a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

2. Border Patrol Agents assigned to the Detroit Sector, Central Region, Anti-Smuggling Unit (ASU) identified Candido ESTRADA-ESTRADA, as a native and citizen of Mexico, who has been previously removed from the United States with ties to the Detroit, Michigan area.

3. On November 03, 2009, ESTRADA-ESTRADA was convicted in the State of Michigan 14A-1 District Court of Impaired Driving and sentenced to 93 days in jail and 12 months' probation.

4. On November 15, 2012, ESTRADA-ESTRADA was convicted in the Third Circuit Court in Wayne County, Michigan for Weapons-Carrying Concealed and sentenced to 1 year probation.

5. On March 11, 2013, ESTRADA-ESTRADA was arrested by Border Patrol Agents near Cottrellville, Michigan. ESTRADA-ESTRADA was granted a voluntary departure by an Immigration Judge in Detroit, Michigan. ESTRADA-ESTRADA'S departure to Mexico was confirmed on April 16, 2013.

6. On May 29, 2013, ESTRADA-ESTRADA was arrested by Border Patrol Agents near Falfurrias, Texas. ESTRADA-ESTRADA was processed an Expedited Removal on March 31, 2013. ESTRADA-ESTRADA was subsequently removed to Mexico through Brownsville, Texas on June 01, 2013.

7. On July 26, 2013, ESTRADA-ESTRADA was arrested by Immigration and Customs Enforcement Fugitive Operations in Lincoln Park, Michigan. ESTRADA-ESTRADA's order of removal was reinstated.

8. On December 16, 2013, in the Eastern District of Michigan, ESTRADA-ESTRADA was convicted of 8 U.S.C. §1326(a) and 8 U.S.C. §1326(b)(1) – Illegal Re-Entry Following Removal and was sentenced to 8 months' incarceration.

9. On April 15, 2014, ESTRADA-ESTRADA was removed from the United States to Mexico through Laredo, Texas.

10. On April 14, 2025, while conducting surveillance Border Patrol Agents observed ESTRADA-ESTRADA enter a white van bearing Michigan License Plate XXX 3870. The van was registered to a subject identified as Irvin ESTRADA, the son of Candido ESTRADA-ESTRADA.

11. Agents conducted a vehicle stop on the white van near the intersection of Oakwood and Old Oakwood Boulevard in Detroit, Michigan.

12. Agents identified themselves as Border Patrol Agents/Police and asked the driver to roll his window down. ESTRADA-ESTRADA opened the window minimally and would not roll down the window all the way. When asked his name he stated "Candido" and handed a "rights card" out the window. Agents having positively identifying the driver as ESTRADA-ESTRADA asked him to step out of the vehicle. He did not comply.

13. ESTRADA-ESTRADA locked his vehicle doors and rolled up his window. Agents ordered him out of the vehicle for approximately three to four minutes with no compliance. ESTRADA-ESTRADA then put the vehicle in reverse in what appeared to be an attempt to drive away. However, due to the proximity of the Agents' vehicles he did not continue driving and put the vehicle in park.

14. ESTRADA-ESTRADA inadvertently hit his door lock, unlocking his passenger side door and Agents were able to enter the passenger side of the vehicle, turn the vehicle off and remove the keys. Agents unlocked the driver's side door and removed ESTRADA-ESTRADA from the vehicle. ESTRADA-

ESTRADA was placed in handcuffs and taken into custody without further incident.

15. After verifying ESTRADA-ESTRADA was an alien present in the United States who illegally re-entered the United States and not in possession of any documents that would allow him to be in, pass through or remain in the United States, Agents transported him to the Gibraltar Border Patrol Station for processing.

16. While at the Gibraltar Border Patrol Station, ESTRADA-ESTRADA'S fingerprints and photograph were captured and entered the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that ESTRADA-ESTRADA is a citizen of Mexico, with no record of obtaining permission to re-apply for permission to re-enter the United States following his last removal.

17. Investigation determined that ESTRADA-ESTRADA has an outstanding felony warrant for Criminal Sexual Conduct–Third Degree out of the Wayne County Prosecutor's Office issued on May 10, 2017. According to the police report, ESTRADA-ESTRADA sexually assaulted a female victim, while they were parked in a car, forcing intercourse upon her. The victim said that during the assault, ESTRADA-ESTRADA covered her mouth to stop her from screaming.

18. On April 15, 2025, Agents confirmed the warrant and turned ESTRADA-ESTRADA over to the Wayne County Sheriff's Office. Agents placed an immigration detainer with the Sheriff's Office.

19. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

20. Review of the Alien File (A# XXX XXX 623) for ESTRADA-ESTRADA, and queries in U.S. Department of Homeland Security databases confirm no record exists of ESTRADA-ESTRADA obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply

3

for admission to the United States after his removal from the United States on March 31, 2013.

21. Based on the above information, I believe there is probable cause to conclude that Candido ESTRADA-ESTRADA is a native and citizen of Mexico, who was previously removed from the United States and was thereafter found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a), (b)(1).

Alexander T. Carlson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

April 17, 2025